United States Bankruptcy Court
Central District of California

In re:                                                                              Case No. 18-11919-MB
Juan Rene Mejia                                                                     Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-1         User: kogierC         Page 1 of 1         Date Rcvd: Aug 01, 2018
                             Form ID: mccdn        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2018.
db              Juan Rene Mejia,    13775 Judd Street,    Pacoima, CA  91331-3631

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2018 at the address(es) listed below:
      Amy L Goldman (TR)    marisol.jaramillo@lewisbrisbois.com, AGoldman@iq7technology.com
      Randolph R Ramirez    on behalf of Debtor Juan Rene Mejia
      randolph.ramirez@yourlegalneeds.net;r49965@notify.bestcase.com
      United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
                                                                                                                                         TOTAL: 3

| | **United States Bankruptcy Court**<br>**Central District of California** |
|---|---|
| In re:<br>Juan Rene Mejia | CHAPTER NO.: 7 |
| | CASE NO.: 1:18–bk–11919–MB |

# CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 14 days from filing of your petition:

☒ Statement of Related Cases (LBR Form 1015–2) [Information required by LBR 1015–2]
☒ Attorney Disclosure of Compensation Arrangement in Individual Chapter 7 case. [LBR 2090–1 (LBR F2090–1.1) Court Manual, section 2.1]
☒ Disclosure of Compensation of Attorney for Debtor (Official Form 2030). [11 U.S.C. § 329; FRBP 2016(b)]
☒ Declaration by Debtor(s) as to Whether Income was Received From an Employer within 60 Days of the Petition Date [11 U.S.C. § 521(a)(1)(B)(iv)] (LBR Form F1002–1)
☒ Verification of Master Mailing List of Creditors [LBR 1007–1(a)] (LBR Form F1007–1)

☐ Other *(Specify):*

**B.** Statement of Intention for Individuals Filing Under Chapter 7 (11 U.S.C. § 521(a)(2)(A)) [must be filed within 30 days from filing Petition (not required for corporations)] (Official Form 108)

**The Revised Official Bankruptcy Forms are mandatory and are available at www.cacb.uscourts.gov/forms**

For all items above that are not electronically filed, you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002–1(c) and 5005–2, and Court Manual, section 2.5(a)(2).

    Chapter 7    Original only

**Please return the original or copy of this form with all required items to the following location:**

    21041 Burbank Blvd, Woodland Hills, CA 91367–6603

If you have any questions, please contact the Court's Call Center at the toll free number (855) 460–9641.

Dated: July 31, 2018

For the Court
**Kathleen J. Campbell**
Clerk of Court

(Form mccdn – Rev 01/2018)            **7 – 1 / KO**