| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>RANDOLPJ ROGER RAMIREZ PC<br>Randolph R. Ramirez, Esq. [SBN297928]<br>1613 Chelsea Road No186<br>San Marino, CA 91108<br>Tel: 626.765.5411<br>Fax: 626.784.0480<br>lawrrr@me.com<br><br>☐ Debtor(s) appearing without an attorney<br>☒ Attorney for Debtor(s) | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br>JUAN RENE MEJIA<br><br><br><br><br>Debtor(s). | CASE NO.: 1:18-bk-11919-MB<br>CHAPTER: 7<br><br>**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

<u>Declaration of Debtor 1</u>

1. ☒ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (<u>*Check only ONE box below*</u>):

    ☒ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 08/14/2018    JUAN RENE MEJIA                              /s/ Juan Rene Mejia
                    Printed name of Debtor 1                     Signature of Debtor 1

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                    Page 1                              F 1002-1.EMP.INCOME.DEC

Attorney or Party Name, Address, Telephone & FAX
Nos., State Bar No. & Email Address

FRANCISCO ROGEL RAMIREZ
Francisco R. Ramirez, Esq. (SBN 243264)
117 S. Pasadena Road Ste. 101
San Marcos, CA 91706
Tel: 626-765-0471
Fax: 626-765-0480
fram@fre.com

FOR COURT USE ONLY

☐ Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

In re:

JUAN RENE MEJIA

CASE NO.: 1:18-bk-11919-MB

CHAPTER 7

**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**

[11 U.S.C. § 521(a)(1)(B)(iv)]

[No hearing required]

[Debtor 1]

[Debtor 2 (if applicable)]

Debtor(s) advises the following case shortly as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv).

**Declaration of Debtor 1**

1. ☒ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date (Check only ONE box below):**

☒ I was paid by an employer. Attached are copies of all statements of earnings, pay stubs, or other proofs of employment income I received from an employer during this 60-day period. The Debtor's Social Security number and account information have been redacted before this document was filed, but it has not been redacted before this declaration.

☐ I was not paid by an employer because I was self-employed, unemployed, retired, or for the following reasons: _____

Date: 08/14/2018    JUAN RENE MEJIA    /s/ Juan Rene Mejia
                    Printed name of Debtor 1    Signature of Debtor 1

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015    Page 1    F 1002-1.EMP.INCOME.DEC

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____  _____  _____
                    Printed name of Debtor 2              Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                    Page 2                    F 1002-1.EMP.INCOME.DEC