# Exhibit A

Incomplete, RepeatPACER, Repeat-cacb, DISMISSED

**U.S. Bankruptcy Court**
**Central District of California (San Fernando Valley)**
**Bankruptcy Petition #: 1:18-bk-11919-MB**

| | |
|---|---|
| *Assigned to:* Martin R. Barash | *Date filed:* 07/31/2018 |
| Chapter 7 | *Debtor dismissed:* 08/20/2018 |
| Voluntary | *341 meeting:* 09/07/2018 |
| No asset | *Deadline for objecting to discharge:* 11/06/2018 |
| | *Deadline for financial mgmt. course:* 11/06/2018 |

*Debtor disposition:* Dismissed for Failure to File Information

**Debtor**
**Juan Rene Mejia**                                      represented by **Randolph R Ramirez**
13775 Judd Street                                        RANDOLPH ROGER RAMIREZ PC
Pacoima, CA 91331-3631                                   1613 Chelsea Road, Ste. 186
LOS ANGELES-CA                                           San Marino
SSN / ITIN: xxx-xx-7845                                  San Marino, CA 91108
                                                         6267655411
                                                         Fax : 6267655411
                                                         Email: lawrrr@me.com

**Trustee**
**Amy L Goldman (TR)**
633 W 5th Street, Suite 4000
Los Angeles, CA 90071
(213) 250-1800

**U.S. Trustee**
**United States Trustee (SV)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811

| Filing Date | # | Docket Text |
|---|---|---|
| 07/31/2018 | 1<br>(10 pgs; 2 docs) | Chapter 7 Voluntary Petition for Individuals . Fee Amount $335 Filed by Juan Rene Mejia Statement of Intention for Individuals Filing Under Chapter 7 (Form 108) due 08/30/2018. Incomplete Filings due by 08/14/2018. (Ramirez, Randolph) DEFICIENT FOR: Statement of Related Cases due 8/14/18, Summary of Assets and Liabilities due 8/14/18, Schedule A/B due 8/1/18, Schedule C due 8/14/18, Schedule D due 8/14/18, Schedule E/F due 8/14/18, Schedule G due 8/14/18, Schedule H due 8/14/18, Schedule I due 8/14/18, Schedule J due 8/14/18, Declaration about debtor's schedules due 8/14/18, Statement of Financial Affairs due 8/14/18, Disclosure of Compensation of Attorney for Debtor due 8/14/18, Attorneys Disclosure of Compensation Arrangement due 8/14/18, Declaration by debtor as to whether income was received by an employer within 60 days of petition due 8/14/18, Verification of Creditor Matrix (72 hour notice) Modified on 8/1/2018 (Ogier, Kathy). (Entered: 07/31/2018) |
| 07/31/2018 | | Receipt of Voluntary Petition (Chapter 7)(1:18-bk-11919) [misc,volp7] ( 335.00) Filing Fee. Receipt number 47448303. Fee amount 335.00. (re: Doc# 1) (U.S. Treasury) (Entered: 07/31/2018) |
| 07/31/2018 | 2 | Statement About Your Social Security Number (Official Form 121) Filed by Debtor Juan Rene Mejia. (Ramirez, Randolph) (Entered: 07/31/2018) |

**0007**

| 07/31/2018 | 3<br>(2 pgs; 2 docs) | Certificate of Credit Counseling Filed by Debtor Juan Rene Mejia. (Attachments: # 1 Electronic Filing Declaration) (Ramirez, Randolph) (Entered: 07/31/2018) |
|---|---|---|
| 07/31/2018 | 6<br>(3 pgs) | Meeting of Creditors with 341(a) meeting to be held on 09/07/2018 at 09:30 AM at RM 100, 21041 Burbank Blvd., Woodland Hills, CA 91367-6003. Objections for Discharge due by 11/06/2018. Cert. of Financial Management due by 11/06/2018 for Debtor and Joint Debtor (if joint case) (Ramirez, Randolph) (Entered: 07/31/2018) |
| 08/01/2018 | | Notice of Debtor's Prior Filings for debtor Juan Rene Mejia Case Number 18-11682, Chapter 7 filed in California Central Bankruptcy on 07/03/2018 , Dismissed for Failure to File Information on 07/10/2018; Case Number 14-54516, Chapter 7 filed in California Northern Bankruptcy Court on 11/06/2014 , Dismissed for Failure to File Information on 01/06/2015; Case Number 18-11454, Chapter 7 filed in California Central Bankruptcy on 06/07/2018 , Dismissed for Failure to File Information on 06/25/2018.(Admin) (Entered: 08/01/2018) |
| 08/01/2018 | 4 | Notice to Filer of Error and/or Deficient Document<br>**Incorrect/incomplete/unreadable PDF was attached to the docket entry.** **THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT WITH THE CORRECT PDF IMMEDIATELY.** (RE: related document(s)2 Statement About Your Social Security Numbers (Official Form 121) filed by Debtor Juan Rene Mejia) (Ogier, Kathy) (Entered: 08/01/2018) |
| 08/01/2018 | 5<br>(1 pg) | Notice of Dismissal of Case If Required Documents Are Not Filed Within 72 Hours (BNC) . (Ogier, Kathy) (Entered: 08/01/2018) |
| 08/01/2018 | 7<br>(1 pg) | Amended Case Commencement Deficiency Notice (BNC) (RE: related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Juan Rene Mejia) (Ogier, Kathy) (Entered: 08/01/2018) |
| 08/02/2018 | 8 | Statement About Your Social Security Number (Official Form 121) Filed by Debtor Juan Rene Mejia. (Ramirez, Randolph) (Entered: 08/02/2018) |
| 08/02/2018 | 9<br>(2 pgs) | Declaration About an Individual Debtor's Schedules (Official Form 106Dec) , Verification of Master Mailing List of Creditors (LBR Form F1007-1) Filed by Debtor Juan Rene Mejia (RE: related document(s)1 Voluntary Petition (Chapter 7)). (Ramirez, Randolph) (Entered: 08/02/2018) |
| 08/03/2018 | 10<br>(4 pgs) | BNC Certificate of Notice (RE: related document(s)6 Meeting (AutoAssign Chapter 7)) No. of Notices: 6. Notice Date 08/03/2018. (Admin.) (Entered: 08/03/2018) |
| 08/03/2018 | 11<br>(2 pgs) | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Juan Rene Mejia) No. of Notices: 1. Notice Date 08/03/2018. (Admin.) (Entered: 08/03/2018) |
| 08/03/2018 | 12<br>(2 pgs) | BNC Certificate of Notice (RE: related document(s)7 Amended Case Commencement Deficiency Notice (BNC) No. of Notices: 1. Notice Date 08/03/2018. (Admin.) (Entered: 08/03/2018) |
| 08/03/2018 | 13<br>(2 pgs) | BNC Certificate of Notice (RE: related document(s)5 Notice of Dismissal of Case If Required Documents Are Not Filed Within 72 Hours (VAN-197) (BNC) No. of Notices: 2. Notice Date 08/03/2018. (Admin.) (Entered: 08/03/2018) |
| 08/14/2018 | 14<br>(1 pg) | |

**0008**

|  |  |  |
|---|---|---|
|  |  | Statement of Related Cases (LBR Form 1015-2.1) Filed by Debtor Juan Rene Mejia (RE: related document(s)1 Voluntary Petition (Chapter 7)). (Ramirez, Randolph) (Entered: 08/14/2018) |
| 08/14/2018 | 15 (2 pgs) | Summary of Assets and Liabilities for Individual (Official Form 106Sum or 206Sum) Filed by Debtor Juan Rene Mejia (RE: related document(s)1 Voluntary Petition (Chapter 7)). (Ramirez, Randolph) (Entered: 08/14/2018) |
| 08/14/2018 | 16 (2 pgs) | Statement of Intention for Individuals Filing Under Chapter 7 (Official Form 108) Filed by Debtor Juan Rene Mejia (RE: related document(s)1 Voluntary Petition (Chapter 7)). (Ramirez, Randolph) (Entered: 08/14/2018) |
| 08/14/2018 | 17 (7 pgs) | Statement of Financial Affairs for Individual Filing for Bankruptcy (Official Form 107 or 207) Filed by Debtor Juan Rene Mejia (RE: related document(s)1 Voluntary Petition (Chapter 7)). (Ramirez, Randolph) (Entered: 08/14/2018) |
| 08/14/2018 | 18 (1 pg) | Schedule D Individual: Creditors Who Have Claims Secured by Property (Official Form 106D or 206D) Filed by Debtor Juan Rene Mejia (RE: related document(s)1 Voluntary Petition (Chapter 7)). (Ramirez, Randolph) (Entered: 08/14/2018) |
| 08/14/2018 | 19 (1 pg) | Schedule C: The Property You Claimed as Exempt (Official Form 106C) Filed by Debtor Juan Rene Mejia (RE: related document(s)1 Voluntary Petition (Chapter 7)). (Ramirez, Randolph) (Entered: 08/14/2018) |
| 08/14/2018 | 20 (2 pgs) | Chapter 7 Means Test Calculation (Official Form 122A-2) (BNC Option) Filed by Debtor Juan Rene Mejia. (Ramirez, Randolph) (Entered: 08/14/2018) |
| 08/14/2018 | 21 (2 pgs) | Schedule J: Your Expenses (Official Form 106J) Filed by Debtor Juan Rene Mejia (RE: related document(s)1 Voluntary Petition (Chapter 7)). (Ramirez, Randolph) (Entered: 08/14/2018) |
| 08/14/2018 | 22 (2 pgs) | Schedule I Individual: Your Income (Official Form 106I) Filed by Debtor Juan Rene Mejia (RE: related document(s)1 Voluntary Petition (Chapter 7)). (Ramirez, Randolph) (Entered: 08/14/2018) |
| 08/14/2018 | 23 (1 pg) | Schedule H Individual: Your Codebtors (Official Form 106H or 206H) Filed by Debtor Juan Rene Mejia (RE: related document(s)1 Voluntary Petition (Chapter 7)). (Ramirez, Randolph) (Entered: 08/14/2018) |
| 08/14/2018 | 24 (1 pg) | Schedule G Individual: Executory Contracts and Unexpired Leases (Official Form 106G or 206G) Filed by Debtor Juan Rene Mejia (RE: related document (s)1 Voluntary Petition (Chapter 7)). (Ramirez, Randolph) (Entered: 08/14/2018) |
| 08/14/2018 | 25 (3 pgs) | Schedule E/F for Individual: Creditors Who Have Unsecured Claims (Official Form 106F or 206F) Filed by Debtor Juan Rene Mejia (RE: related document (s)1 Voluntary Petition (Chapter 7)). (Ramirez, Randolph) (Entered: 08/14/2018) |
| 08/14/2018 | 26 (1 pg) | Attorney's Disclosure of Compensation Arrangement in Individual Chapter 7 Case (LBR Form F2090-1) Filed by Debtor Juan Rene Mejia (RE: related document(s)1 Voluntary Petition (Chapter 7)). (Ramirez, Randolph) (Entered: 08/14/2018) |
| 08/14/2018 | 27 (5 pgs) | Schedule A/B for Individual: Property (Official Form 106A/B or 206A/B) Filed by Debtor Juan Rene Mejia (RE: related document(s)1 Voluntary Petition (Chapter 7)). (Ramirez, Randolph) (Entered: 08/14/2018) |

**0009**

| | | |
|---|---|---|
| 08/14/2018 | 28<br>(1 pg) | Declaration About an Individual Debtor's Schedules (Official Form 106Dec) Filed by Debtor Juan Rene Mejia. (Ramirez, Randolph) (Entered: 08/14/2018) |
| 08/14/2018 | 29<br>(3 pgs) | Declaration by Debtor as to Whether Debtor(s) Received Income From an Employer Within 60 Days of Petition (LBR Form F1002-1) Filed by Debtor Juan Rene Mejia (RE: related document(s)1 Voluntary Petition (Chapter 7)). (Ramirez, Randolph) (Entered: 08/14/2018) |
| 08/15/2018 | 30 | Notice to Filer of Error and/or Deficient Document **Document filed without electronic /s/ or holographic signature. THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT WITH THE PROPER SIGNATURES.** (RE: related document(s)14 Statement of Related Cases (LBR Form 1015-2.1) filed by Debtor Juan Rene Mejia) (Ogier, Kathy) (Entered: 08/15/2018) |
| 08/15/2018 | 31 | Notice to Filer of Error and/or Deficient Document **Document filed without electronic /s/ or holographic signature. THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT WITH THE PROPER SIGNATURES.** (RE: related document(s)16 Statement of Intention for Individuals Filing Under Chapter 7 (Official Form B8, or 108) filed by Debtor Juan Rene Mejia) (Ogier, Kathy) (Entered: 08/15/2018) |
| 08/15/2018 | 32 | Notice to Filer of Error and/or Deficient Document **Document filed without electronic /s/ or holographic signature. THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT WITH THE PROPER SIGNATURES.** (RE: related document(s)17 Statement of Financial Affairs (Official Form 107 or 207) (Official Form 107 or 207) filed by Debtor Juan Rene Mejia) (Ogier, Kathy) (Entered: 08/15/2018) |
| 08/15/2018 | 33 | Notice to Filer of Error and/or Deficient Document **Document filed without electronic /s/ or holographic signature. THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT WITH THE PROPER SIGNATURES.** (RE: related document(s)20 Chapter 7 Means Test Calculation (Official Form 122A-2) (BNC Option) filed by Debtor Juan Rene Mejia) (Ogier, Kathy) (Entered: 08/15/2018) |
| 08/15/2018 | 34 | Notice to Filer of Error and/or Deficient Document **Document filed without electronic /s/ or holographic signature. THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT WITH THE PROPER SIGNATURES.** (RE: related document(s)28 Declaration About an Individual Debtor's Schedules (Official Form 106Dec) filed by Debtor Juan Rene Mejia) (Ogier, Kathy) (Entered: 08/15/2018) |
| 08/15/2018 | 35 | Notice to Filer of Error and/or Deficient Document **Electronic signature does not correspond to the attorney login. THE FILER IS INSTRUCTED TO COMPLY WITH SECTION 3 OF THE COURT MANUAL AND EITHER REFILE THE DOCUMENT WITH THE CORRECT LOGIN OR FILE A SUBSTITUTION OF ATTORNEY.** (RE: related document(s) 29 Declaration by Debtor as to Whether Db Received Income From an Employer (LBR Form F1002-1) filed by Debtor Juan Rene Mejia) (Ogier, Kathy) (Entered: 08/15/2018) |
| 08/16/2018 | 36<br>(1 pg) | Statement of Related Cases (LBR Form 1015-2.1) Filed by Debtor Juan Rene Mejia (RE: related document(s)1 Voluntary Petition (Chapter 7)). (Ramirez, Randolph) (Entered: 08/17/2018) |
| 08/17/2018 | 37<br>(3 pgs) | Declaration by Debtor as to Whether Debtor(s) Received Income From an Employer Within 60 Days of Petition (LBR Form F1002-1) Filed by Debtor Juan Rene Mejia (RE: related document(s)1 Voluntary Petition (Chapter 7)). (Ramirez, Randolph) (Entered: 08/17/2018) |

**0010**

| | | |
|---|---|---|
| 08/17/2018 | 38 (2 pgs) | Statement of Financial Affairs for Individual Filing for Bankruptcy (Official Form 107 or 207) Filed by Debtor Juan Rene Mejia (RE: related document(s)1 Voluntary Petition (Chapter 7)). (Ramirez, Randolph) (Entered: 08/17/2018) |
| 08/17/2018 | 39 | Notice to Filer of Error and/or Deficient Document **Document filed without electronic /s/ or holographic signature. THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT WITH THE PROPER SIGNATURES.** (RE: related document(s)38 Statement of Financial Affairs (Official Form 107 or 207) (Official Form 107 or 207) filed by Debtor Juan Rene Mejia) (Ogier, Kathy) (Entered: 08/17/2018) |
| 08/17/2018 | 40 | Notice to Filer of Error and/or Deficient Document **Petition PDF submitted is incorrect/unreadable. THE FILER IS INSTRUCTED TO FILE AN ADDENDUM TO VOLUNTARY PETITION TO INCLUDE THE CORRECT PDF IMMEDIATELY. PAYMENT ADVICES NOT ATTACHED** (RE: related document(s)37 Declaration by Debtor as to Whether Db Received Income From an Employer (LBR Form F1002-1) filed by Debtor Juan Rene Mejia) (Ogier, Kathy) (Entered: 08/17/2018) |
| 08/20/2018 | 41 (1 pg) | Order and Notice of Dismissal for Failure to File Schedules, Statements, and/or Plan - DEBTOR Dismissed (BNC) (Alcala, Maria) (Entered: 08/20/2018) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 08/21/2018 09:47:57 | | |
| **PACER Login:** | us7767:2657072:4299065 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:18-bk-11919-MB Fil or Ent: filed To: 8/21/2018 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |

**0011**

**Exhibit B**

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Juan**<br>First name<br><br>**Rene**<br>Middle name<br><br>**Mejia**<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-7845 | |

Debtor 1    **Juan Rene Mejia**                                                    Case number *(if known)* _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years** | ■ I have not used any business name or EINs. | ☐ I have not used any business name or EINs. |
| Include trade names and *doing business as* names | Business name(s) | Business name(s) |
| | EINs | EINs |

**5.    Where you live**

13775 Judd Street
Pacoima, CA 91331-3631
Number, Street, City, State & ZIP Code

Los Angeles
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

Number, Street, City, State & ZIP Code

County

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6.    Why you are choosing** *this district* **to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

**Part 2:** **Tell the Court About Your Bankruptcy Case**

| | | |
|---|---|---|
| 7. | The chapter of the Bankruptcy Code you are choosing to file under | *Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.<br><br>■ Chapter 7<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 |

| | | |
|---|---|---|
| 8. | How you will pay the fee | ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.<br><br>☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).<br><br>☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition. |

| | | |
|---|---|---|
| 9. | Have you filed for bankruptcy within the last 8 years? | ☐ No.<br>■ Yes. |

| | District | Central District of California | When | **7/03/18** | Case number | **18-11682** |
|---|---|---|---|---|---|---|
| | District | Central District of California | When | **6/07/18** | Case number | **18-11454** |
| | District | **See Attachment** | When | | Case number | |

| | | |
|---|---|---|
| 10. | Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate? | ■ No<br>☐ Yes. |

| | Debtor | | | Relationship to you | |
|---|---|---|---|---|---|
| | District | | When | Case number, if known | |
| | Debtor | | | Relationship to you | |
| | District | | When | Case number, if known | |

| | | |
|---|---|---|
| 11. | Do you rent your residence? | ☐ No.   Go to line 12.<br><br>■ Yes.   Has your landlord obtained an eviction judgment against you?<br><br>   ■   No. Go to line 12.<br><br>   ☐   Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition. |

Debtor 1    **Juan Rene Mejia**

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

Name of business, if any

_____

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

Number, Street, City, State & ZIP Code

_____

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

■ No.

☐ Yes.    What is the hazard?    _____

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

Number, Street, City, State & Zip Code

Debtor 1    Juan Rene Mejia                                                                          Case number (if known)

---

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ I am not required to receive a briefing about credit counseling because of:

    ☐ **Incapacity.**
    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    ☐ **Disability.**
    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

    ☐ **Active duty.**
    I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ I am not required to receive a briefing about credit counseling because of:

    ☐ **Incapacity.**
    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    ☐ **Disability.**
    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

    ☐ **Active duty.**
    I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

**16a.** Are your debts primarily consumer debts? *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

**16b.** Are your debts primarily business debts? *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

---

**17. Are you filing under Chapter 7?**

☐ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Juan Rene Mejia

Juan Rene Mejia _____        _____
Signature of Debtor 1                                    Signature of Debtor 2

Executed on  08/04/2018                                  Executed on _____
           MM / DD / YYYY                                            MM / DD / YYYY

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

| | |
|---|---|
| /s/ Randolph R. Ramirez, Esq. | Date |
| Signature of Attorney for Debtor | MM / DD / YYYY |

**Randolph R. Ramirez, Esq. SBN297928**
Printed name

**RANDOLPH ROGER RAMIREZ PC**
Firm name

**1613 Chelsea Road No186**
**Rosemead, CA 91108**
Number, Street, City, State & ZIP Code

Contact phone  **626.288.1699**        Email address      randolph.ramirez@yourlegalneeds.net

**SBN297928 CA**
Bar number & State

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Juan Rene Mejia** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number (if known) | _____ | | |

☐ Check if this is an
amended filing

# FORM 101. VOLUNTARY PETITION

## Prior Bankruptcy Cases Filed Attachment

| District | Case Number | Date Filed |
|---|---|---|
| **Central District of California** | **18-11682** | **7/03/18** |
| **Central District of California** | **18-11454** | **6/07/18** |
| **Northern District of California (San Jose)** | **14-54516** | **11/06/14** |

**Exhibit C**

Repeat-cacb, Incomplete, RepeatPACER, DISMISSED, CLOSED

**U.S. Bankruptcy Court**
**Central District of California (San Fernando Valley)**
**Bankruptcy Petition #: 1:18-bk-11682-MT**

|  |  |
|---|---|
| *Assigned to:* Maureen Tighe | *Date filed:* 07/03/2018 |
| Chapter 7 | *Date terminated:* 08/16/2018 |
| Voluntary | *Debtor dismissed:* 07/10/2018 |
| No asset | *341 meeting:* 08/10/2018 |
|  | *Deadline for objecting to discharge:* 10/09/2018 |
|  | *Deadline for financial mgmt. course:* 10/09/2018 |

*Debtor disposition:* Dismissed for Failure to File Information

| | |
|---|---|
| **Debtor**<br>**Juan Rene Mejia**<br>13775 Judd Street<br>Pacoima, CA 91331-3631<br>LOS ANGELES-CA<br>SSN / ITIN: xxx-xx-7845 | represented by **Randolph R Ramirez**<br>Law Offices of Donald T Dunham &<br>Assoc<br>4108 Rosemead Blvd<br>Rosemead, CA 91770<br>6267655411<br>Fax : 6267655411<br>Email: lawrrr@me.com |

**Trustee**
**Amy L Goldman (TR)**
633 W 5th Street, Suite 4000
Los Angeles, CA 90071
(213) 250-1800

**U.S. Trustee**
**United States Trustee (SV)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811

| Filing Date | # | Docket Text |
|---|---|---|
| 07/03/2018 | 1<br>(16 pgs; 3 docs) | Chapter 7 Voluntary Petition for Individuals . Fee Amount $335 Filed by Juan Rene Mejia Statement of Intention for Individuals Filing Under Chapter 7 (Form 108) due 08/2/2018. Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 07/17/2018. Schedule A/B: Property (Form 106A/B or 206A/B) due 07/17/2018. Schedule C: The Property You Claim as Exempt (Form 106C) due 07/17/2018. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 07/17/2018. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 07/17/2018. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 07/17/2018. Schedule H: Your Codebtors (Form 106H or 206H) due 07/17/2018. Schedule I: Your Income (Form 106I) due 07/17/2018. Schedule J: Your Expenses (Form 106J) due 07/17/2018. Declaration About an Individual Debtors Schedules (Form 106Dec) due 07/17/2018. Statement of Financial Affairs (Form 107 or 207) due 07/17/2018. Chapter 7 Statement of Your Current Monthly Income (Form 122A-1) Due: 07/17/2018. Statement of Related Cases (LBR Form F1015-2) due 07/17/2018. Disclosure of Compensation of Attorney for Debtor (Form 2030) due 07/17/2018. Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by 07/17/2018. Verification of Master Mailing List of Creditors (LBR Form F1007-1) due 07/17/2018. Incomplete Filings due by 07/17/2018. (Ramirez, Randolph) (Entered: 07/03/2018) |

**0020**

| | | |
|---|---|---|
| 07/03/2018 | | Receipt of Voluntary Petition (Chapter 7)(1:18-bk-11682) [misc,volp7] ( 335.00) Filing Fee. Receipt number 47293498. Fee amount 335.00. (re: Doc# 1) (U.S. Treasury) (Entered: 07/03/2018) |
| 07/03/2018 | 6 (3 pgs) | Meeting of Creditors with 341(a) meeting to be held on 08/10/2018 at 09:30 AM at RM 100, 21041 Burbank Blvd., Woodland Hills, CA 91367-6003. Objections for Discharge due by 10/09/2018. Cert. of Financial Management due by 10/09/2018 for Debtor and Joint Debtor (if joint case) (Ramirez, Randolph) (Entered: 07/03/2018) |
| 07/03/2018 | 2 | Notice to Filer of Error and/or Deficient Document **Attorney address on the petition PDF does not match CM/ECF. THE COURT HAS CORRECTED THIS INFORMATION ON THIS CASE, HOWEVER, THE FILER IS INSTRUCTED TO FILE THE PROPER CHANGE OF ADDRESS, IF APPLICABLE.** (RE: related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Juan Rene Mejia) (Kinsley, Terri) (Entered: 07/03/2018) |
| 07/03/2018 | 3 | Notice to Filer of Error and/or Deficient Document **Other - The Certificate of Credit Counseling was filed within the petition documents and must be filed as a separate document. THE FILER IS INSTRUCTED TO RE-FILE THE CERTIFICATE OF CREDIT COUNSELING AS A SEPARATE DOCUMENT** (RE: related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Juan Rene Mejia) (Kinsley, Terri) (Entered: 07/03/2018) |
| 07/03/2018 | 4 (1 pg) | Notice of Dismissal of Case If Required Documents Are Not Filed Within 72 Hours (BNC) . (Kinsley, Terri) (Entered: 07/03/2018) |
| 07/03/2018 | 5 | Notice to Filer of Correction Made/No Action Required: **Incorrect schedules /statements recorded as deficient. THE PROPER DEFICIENCY HAS BEEN ISSUED.** (RE: related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Juan Rene Mejia) (Kinsley, Terri) (Entered: 07/03/2018) |
| 07/04/2018 | | Notice of Debtor's Prior Filings for debtor Juan Rene Mejia Case Number 14-54516, Chapter 7 filed in California Northern Bankruptcy Court on 11/06/2014 , Dismissed for Failure to File Information on 01/06/2015; Case Number 18-11454, Chapter 7 filed in California Central Bankruptcy on 06/07/2018 , Dismissed for Failure to File Information on 06/25/2018.(Admin) (Entered: 07/04/2018) |
| 07/05/2018 | 7 (9 pgs) | Addendum to voluntary petition , Certificate of Credit Counseling , Statement of Related Cases (LBR Form 1015-2.1) Filed by Debtor Juan Rene Mejia. (Ramirez, Randolph) (Entered: 07/05/2018) |
| 07/05/2018 | 8 | Notice to Filer of Error and/or Deficient Document **Other -** CERTIFICATE OF CREDIT COUNSELING NEEDS TO BE FILED USING ITS OWN DOCKET EVENT CODE. (RE: related document(s)7 Addendum to Vol Pet filed by Debtor Juan Rene Mejia, Certificate of Credit Counseling, Statement of Related Cases (LBR Form 1015-2.1)) (Toomer, Rosalind) (Entered: 07/05/2018) |
| 07/05/2018 | 9 (4 pgs) | BNC Certificate of Notice (RE: related document(s)6 Meeting (AutoAssign Chapter 7)) No. of Notices: 6. Notice Date 07/05/2018. (Admin.) (Entered: 07/05/2018) |
| 07/05/2018 | 10 (2 pgs) | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Juan Rene Mejia) No. of Notices: 1. Notice Date 07/05/2018. (Admin.) (Entered: 07/05/2018) |

**0021**

| 07/05/2018 | 11 (2 pgs) | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Juan Rene Mejia) No. of Notices: 1. Notice Date 07/05/2018. (Admin.) (Entered: 07/05/2018) |
| --- | --- | --- |
| 07/05/2018 | 12 (2 pgs) | BNC Certificate of Notice (RE: related document(s)4 Notice of Dismissal of Case If Required Documents Are Not Filed Within 72 Hours (VAN-197) (BNC)) No. of Notices: 2. Notice Date 07/05/2018. (Admin.) (Entered: 07/05/2018) |
| 07/06/2018 | 13 (1 pg) | Certificate of Credit Counseling Filed by Debtor Juan Rene Mejia. (Ramirez, Randolph) (Entered: 07/06/2018) |
| 07/10/2018 | 14 (1 pg) | ORDER and Notice of Dismissal of Case for Failure to File Initial Petition Documents Within 72 Hours - **Debtor** Dismissed.(BNC) (RE: related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Juan Rene Mejia, 6 Meeting (AutoAssign Chapter 7)) (Reaves, Kelly) (Entered: 07/10/2018) |
| 07/12/2018 | 15 (2 pgs) | BNC Certificate of Notice (RE: related document(s)14 ORDER and Notice of Dismissal of Case for Failure to File Initial Petition Doc Within 72 Hrs(BNC)) No. of Notices: 6. Notice Date 07/12/2018. (Admin.) (Entered: 07/12/2018) |
| 08/14/2018 | | Chapter 7 Trustee's Report of No Distribution: I, Amy L Goldman (TR), having been appointed trustee of the estate of the above-named debtor(s), report that this case was dismissed or converted. I have neither received any property nor paid any monies on account of this estate. I hereby certify that the chapter 7 estate of the above-named debtor(s) has been fully administered through the date of conversion or dismissal. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 1 months. Assets Abandoned (without deducting any secured claims): Not Applicable, Assets Exempt: Not Applicable, Claims Scheduled: Not Applicable, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): Not Applicable. Filed by Trustee Amy L Goldman (TR). (Goldman (TR), Amy) (Entered: 08/14/2018) |
| 08/16/2018 | 16 | Bankruptcy Case Closed - DISMISSED. An Order dismissing this case was entered and notice was provided to parties in interest. Since it appears that no further matters are required and that this case remain open, or that the jurisdiction of this Court continue, it is ordered that the Trustee is discharged, bond is exonerated, and the case is closed. (Kinsley, Terri) (Entered: 08/16/2018) |

| PACER Service Center | | |
| --- | --- | --- |
| Transaction Receipt | | |
| 08/21/2018 15:34:50 | | |
| PACER Login: | us7767:2657072:4299065 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:18-bk-11682-MT Fil or Ent: filed To: 8/21/2018 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |

**0022**

| Billable Pages: | 3 | Cost: | 0.30 |
| --- | --- | --- | --- |

**0023**

**Exhibit D**

Incomplete, RepeatPACER, DISMISSED, CLOSED

**U.S. Bankruptcy Court**
**Central District of California (San Fernando Valley)**
**Bankruptcy Petition #: 1:18-bk-11454-MT**

*Assigned to:* Maureen Tighe
Chapter 7
Voluntary
No asset

*Date filed:* 06/07/2018
*Date terminated:* 07/03/2018
*Debtor dismissed:* 06/25/2018
*341 meeting:* 07/13/2018
*Deadline for objecting to discharge:* 09/11/2018
*Deadline for financial mgmt. course:* 09/11/2018

*Debtor disposition:* Dismissed for Failure to File Information

**Debtor**
**Juan Rene Mejia**
13775 Judd Street
Pacoima, CA 91331-3631
LOS ANGELES-CA
SSN / ITIN: xxx-xx-7845

represented by **Sergio T Cabrera**
Law Offices of Sergio T Cabrera
9559 Center Ave Ste I
Rancho Cucamonga, CA 91730
909-297-3516
Fax : 909-297-3518
Email: rramirez@cabreralaw.net
*SELF- TERMINATED: 06/21/2018*

**Randolph R Ramirez**
RANDOLPH ROGER RAMIREZ PC
4108 Rosemead Bl
Rosemead, CA 91770
626-288-1699
Fax : 6267655411
Email: lawrrr@me.com

**Trustee**
**Diane C Weil (TR)**
5950 Canoga Avenue, Suite 400
Woodland Hills, CA 91367
(818) 651-6400

**U.S. Trustee**
**United States Trustee (SV)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811

| Filing Date | # | Docket Text |
|---|---|---|
| 06/07/2018 | 1<br>(16 pgs; 3 docs) | Chapter 7 Voluntary Petition for Individuals . Fee Amount $335 Filed by Juan Rene Mejia Statement of Intention for Individuals Filing Under Chapter 7 (Form 108) due 07/9/2018. Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 06/21/2018. Schedule A/B: Property (Form 106A/B or 206A/B) due 06/21/2018. Schedule C: The Property You Claim as Exempt (Form 106C) due 06/21/2018. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 06/21/2018. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 06/21/2018. Schedule H: Your Codebtors (Form 106H or 206H) due 06/21/2018. Schedule I: Your Income (Form 106I) due 06/21/2018. Schedule J: Your Expenses (Form 106J) due 06/21/2018. Declaration About an Individual Debtors Schedules (Form 106Dec) due 06/21/2018. Statement of Financial Affairs (Form 107 or 207) due 06/21/2018. Disclosure of Compensation of Attorney for Debtor (Form 2030) due 06/21/2018. |

**0024**

| | | |
|---|---|---|
| | | Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by 06/21/2018. Verification of Master Mailing List of Creditors (LBR Form F1007-1) due 06/21/2018. Incomplete Filings due by 06/21/2018. (Ramirez, Randolph) (Entered: 06/07/2018) |
| 06/07/2018 | | Receipt of Voluntary Petition (Chapter 7)(1:18-bk-11454) [misc,volp7] ( 335.00) Filing Fee. Receipt number 47141091. Fee amount 335.00. (re: Doc# 1) (U.S. Treasury) (Entered: 06/07/2018) |
| 06/07/2018 | 2 (3 pgs) | Meeting of Creditors with 341(a) meeting to be held on 07/13/2018 at 10:30 AM at RM 100, 21041 Burbank Blvd., Woodland Hills, CA 91367-6003. Objections for Discharge due by 09/11/2018. Cert. of Financial Management due by 09/11/2018 for Debtor and Joint Debtor (if joint case) (Ramirez, Randolph) (Entered: 06/07/2018) |
| 06/08/2018 | | Notice of Debtor's Prior Filings for debtor Juan Rene Mejia Case Number 14-54516, Chapter 7 filed in California Northern Bankruptcy Court on 11/06/2014 , Dismissed for Failure to File Information on 01/06/2015.(Admin) (Entered: 06/08/2018) |
| 06/08/2018 | 3 (1 pg) | Notice of Dismissal of Case If Required Documents Are Not Filed Within 72 Hours (BNC) . (Toomer, Rosalind) (Entered: 06/08/2018) |
| 06/08/2018 | 4 | Notice to Filer of Correction Made/No Action Required: **Incorrect attorney/creditor/party information was entered at the time of filing. THE COURT HAS CORRECTED THIS INFORMATION. THIS ENTRY IS PROVIDED FOR FUTURE REFERENCE.** (RE: related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Juan Rene Mejia) (Toomer, Rosalind) (Entered: 06/08/2018) |
| 06/08/2018 | 5 | Notice to Filer of Error and/or Deficient Document **Other -** CERTIFICATE OF CREDIT COUNSELING NEEDS TO BE FILED USING ITS OWN DOCKET EVENT CODE. (RE: related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Juan Rene Mejia) (Toomer, Rosalind) (Entered: 06/08/2018) |
| 06/08/2018 | 6 (1 pg) | Certificate of Credit Counseling Filed by Debtor Juan Rene Mejia. (Cabrera, Sergio) (Entered: 06/08/2018) |
| 06/08/2018 | 7 (1 pg) | Certificate of Credit Counseling Filed by Debtor Juan Rene Mejia. (Ramirez, Randolph) (Entered: 06/08/2018) |
| 06/10/2018 | 8 (4 pgs) | BNC Certificate of Notice (RE: related document(s)2 Meeting (AutoAssign Chapter 7)) No. of Notices: 6. Notice Date 06/10/2018. (Admin.) (Entered: 06/10/2018) |
| 06/10/2018 | 9 (2 pgs) | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Juan Rene Mejia) No. of Notices: 1. Notice Date 06/10/2018. (Admin.) (Entered: 06/10/2018) |
| 06/10/2018 | 10 (2 pgs) | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Juan Rene Mejia) No. of Notices: 1. Notice Date 06/10/2018. (Admin.) (Entered: 06/10/2018) |
| 06/10/2018 | 11 (2 pgs) | BNC Certificate of Notice (RE: related document(s)3 Notice of Dismissal of Case If Required Documents Are Not Filed Within 72 Hours (VAN-197) (BNC)) No. of Notices: 2. Notice Date 06/10/2018. (Admin.) (Entered: 06/10/2018) |

**0025**

| | | |
|---|---|---|
| 06/12/2018 | 12 | Statement About Your Social Security Number (Official Form 121) Filed by Debtor Juan Rene Mejia. (Ramirez, Randolph) (Entered: 06/12/2018) |
| 06/12/2018 | 13 (1 pg) | List of Creditors (Master Mailing List of Creditors) Filed by Debtor Juan Rene Mejia. (Ramirez, Randolph) (Entered: 06/12/2018) |
| 06/21/2018 | 14 (3 pgs) | Substitution of attorney Filed by Debtor Juan Rene Mejia. (Ramirez, Randolph) (Entered: 06/21/2018) |
| 06/25/2018 | 15 (1 pg) | Order and Notice of Dismissal for Failure to File Schedules, Statements, and/or Plan - DEBTOR Dismissed (BNC) (Gomez, Andrea) (Entered: 06/25/2018) |
| 06/26/2018 | | Chapter 7 Trustee's Report of No Distribution: I, Diane C Weil (TR), having been appointed trustee of the estate of the above-named debtor(s), report that this case was dismissed or converted. I have neither received any property nor paid any monies on account of this estate. I hereby certify that the chapter 7 estate of the above-named debtor(s) has been fully administered through the date of conversion or dismissal. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 0 months. Assets Abandoned (without deducting any secured claims): Not Applicable, Assets Exempt: Not Applicable, Claims Scheduled: Not Applicable, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): Not Applicable. Filed by Trustee Diane C Weil (TR) (RE: related document(s)2 Meeting of Creditors with 341(a) meeting to be held on 07/13/2018 at 10:30 AM at RM 100, 21041 Burbank Blvd., Woodland Hills, CA 91367-6003. Objections for Discharge due by 09/11/2018. Cert. of Financial Management due by 09/11/2018 for Debtor and Joint Debtor (if joint case)). (Weil (TR), Diane) (Entered: 06/26/2018) |
| 06/26/2018 | | Chapter 7 Trustee's Report of No Distribution: I, Diane C Weil (TR), having been appointed trustee of the estate of the above-named debtor(s), report that this case was dismissed or converted. I have neither received any property nor paid any monies on account of this estate. I hereby certify that the chapter 7 estate of the above-named debtor(s) has been fully administered through the date of conversion or dismissal. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 0 months. Assets Abandoned (without deducting any secured claims): Not Applicable, Assets Exempt: Not Applicable, Claims Scheduled: Not Applicable, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): Not Applicable. Filed by Trustee Diane C Weil (TR). (Weil (TR), Diane) (Entered: 06/26/2018) |
| 06/27/2018 | 16 (2 pgs) | BNC Certificate of Notice (RE: related document(s)15 ORDER and notice of dismissal for failure to file schedules, statements, and/or plan (CACB AutoDismiss) (BNC)) No. of Notices: 6. Notice Date 06/27/2018. (Admin.) (Entered: 06/27/2018) |
| 07/03/2018 | 17 | Bankruptcy Case Closed - DISMISSED. An Order dismissing this case was entered and notice was provided to parties in interest. Since it appears that no further matters are required and that this case remain open, or that the jurisdiction of this Court continue, it is ordered that the Trustee is discharged, bond is exonerated, and the case is closed. (Kinsley, Terri) (Entered: 07/03/2018) |

**0026**

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/21/2018 16:00:14 | | | |
| **PACER Login:** | us7767:2657072:4299065 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:18-bk-11454-MT Fil or Ent: filed To: 8/21/2018 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |

**0027**