United States Bankruptcy Court
Central District of California

In re:                                                                  Case No. 18-11919-MB
Juan Rene Mejia                                                         Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-1        User: jremyC              Page 1 of 1             Date Rcvd: Aug 29, 2018
                            Form ID: nmda             Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2018.
```
db              Juan Rene Mejia,    13775 Judd Street,    Pacoima, CA 91331-3631
smg             Los Angeles City Clerk,    P. O. Box 53200,    Los Angeles, CA 90053-0200
38664054       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America Card,     PO BOX 15019,    Wilmington, DE 19886-5019)
38664055       +Curacao,    1605 W Olympic Blvd Ste 600,    Los Angeles, CA 90015-3860
38664056       +Exxon/CBNA,    PO Box 982238,    El Paso, TX 79998-2238
38664057       +Investment Retrievers Inc,    c/o Daniel John Carvo,    3941 Park Drive, Suite 20-500,
                El Dorado Hills, CA 95762-4549
38664059       ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
                (address filed with court: Nissan Motor Acceptance,     8900 Freeport Pkwy,    Irving, TX 75063)
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: itcdbg@edd.ca.gov Aug 30 2018 02:55:34      Employment Development Dept.,
                Bankruptcy Group MIC 92E,    P. O. Box 826880,    Sacramento, CA 94280-0001
smg             E-mail/Text: BKBNCNotices@ftb.ca.gov Aug 30 2018 02:56:32      Franchise Tax Board,
                Bankruptcy Section MS: A-340,    P. O. Box 2952,    Sacramento, CA 95812-2952
38664058       +E-mail/Text: bk@investment-retrievers.com Aug 30 2018 02:55:42      Nissan Motor Acceptance,
                c/o Investment Retrievers Inc,    1101 Investment Blvd Ste 160,
                El Dorado Hills, CA 95762-5746
                                                                                              TOTAL: 3
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2018 at the address(es) listed below:
```
              Amy L Goldman (TR)    marisol.jaramillo@lewisbrisbois.com, AGoldman@iq7technology.com
              Randolph R Ramirez    on behalf of Debtor Juan Rene Mejia
               randolph.ramirez@yourlegalneeds.net;r49965@notify.bestcase.com
              Russell Clementson    on behalf of U.S. Trustee    United States Trustee (SV)
               russell.clementson@usdoj.gov
              United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

**United States Bankruptcy Court**
**Central District of California**

21041 Burbank Blvd, Woodland Hills, CA 91367−6603

# NOTICE OF MOTION TO DISMISS CASE FOR SUBSTANTIAL ABUSE OF THE BANKRUPTCY SYSTEM

**DEBTOR(S) INFORMATION:**
Juan Rene Mejia
**SSN:** xxx−xx−7845
**EIN:** N/A

13775 Judd Street
Pacoima, CA 91331−3631

**BANKRUPTCY NO.** 1:18−bk−11919−MB
**CHAPTER** 7

Notice is hereby given that a hearing in this case will be held at:

**Date:** 10/3/2018
**Time:** 11:00 AM
**Location:** US Bankruptcy Court, Crtrm 303
21041 Burbank Blvd, Woodland Hills, CA 91367

To Consider and Act Upon The Following:

Motion for dismissal of Chapter 7 case under 11 U.S.C. 707(b) due to a **substantial abuse** of the Bankruptcy System.

Objection to the above shall be made in writing and filed with the Court and served upon the moving party at least **FOURTEEN (14) DAYS** prior to the hearing date. If you fail to file a written response to this motion within such time period, the Court may treat such failure as a waiver of your right to oppose the motion and may grant the requested relief. See Local Bankruptcy Rule 9013−1(a)(7).

For further information, see the Court file.

Dated: August 29, 2018

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form nmda 2/2001) VAN−41

**44 / RCTr**