LAW OFFICES OF DONALD T. DUNHAM & ASSOC.
Randolph R. Ramirez, Bar No. 297928
4108 Rosemead Boulevard
Rosemead, California 91770
Telephone: (626) 288-1699; Facsimile: (626) 784-0480
Email: lawrrr@me.com

FILED & ENTERED

NOV 26 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Ogier DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>JUAN RENE MEJIA,<br><br>　　　　Debtor. | Case No.: 1:18-bk-11919-MB<br><br>Chapter 7<br><br>ORDER GRANTING DEBTOR'S MOTION TO VACATE DISMISSAL AND REINSTATE CHAPTER 7 CASE PURSUANT TO 11 U.S.C. § 9024; LBR § 1017-2(c)<br><br>Date:　November 7, 2018<br>Time:　11:00 a.m.<br>Ctrm:　303<br>21041 Burbank Blvd.<br>Woodland Hills, CA 91367 |

This matter came before the Court for hearing on the above date and time, upon the debtor's motion vacate dismissal of the above captioned case [ECF No. 51], which case had been dismissed by prior order of the Court for failure to file schedules, statements and/or plan [ECF No. 41]. Appearances were made as reflected on the record. The Court having considered the record herein, the agreement of the parties, and for good cause appearing, the Court **ORDERS** as follows:

　　A. The Motion is granted PURSUANT TO 11 U.S.C. § 9024; LBR § 1017-2(c).

1

B. The order dismissing this bankruptcy case is hereby vacated and the above captioned case is reinstated effective upon entry of this order.

C. The Chapter 7 Trustee is reappointed to administer Debtor's Chapter 7 case.

D. If not previously filed, any and all documents required to be filed by the debtor(s) under 11 U.S.C. §521(a)(1), Bankruptcy Rule 1007, shall be filed no later than 14 days after entry of this order.

E. Status of meeting of creditors under 11 U.S.C. §341 and related deadlines: Because this case was dismissed prior to the conclusion of the meeting of creditors under 11 U.S.C. §341, the previously scheduled meeting of creditors was canceled. Accordingly, the Clerk will provide notice to all parties of record of the date of the rescheduled meeting of creditors and applicable deadlines for the filing of proof of claim, objections to discharge and objections to the dischargeability of particular debts.

IT IS SO ORDERED.

### 

Date: November 26, 2018

Martin R Barash
United States Bankruptcy Judge